255 So.2d 92

**Milford R. RAYBORN, Sr., et al.**

v.

**John D. SMILEY, d/b/a Modern Rendering Company, et al.**

No. 51941.

Dec. 7, 1971.

In re: Gulf South Products, Inc., d/b/a Modern Rendering Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 253 So.2d 664.

Writ denied. Under the statement of fact by the Court of Appeal, we cannot say the result is incorrect.

255 So.2d 92

**STATE of Louisiana ex rel. Shelton J. WILLIAMS & Adam Amos Mack**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51950.

Dec. 7, 1971.

In re: Shelton J. Williams and Adam Amos Mack applying for writ of habeas corpus.

Writ granted. An evidentiary hearing is ordered on the Witherspoon issue. See order.

On considering the petition of the relators in the above entitled and numbered cause:

It is ordered that The Sixteenth Judicial District Court, Parish of Iberia, without delay, grant to said relators, Shelton J. Williams and Adam Amos Mack an evidentiary hearing on the Witherspoon issue on relators' petition for writ for habeas corpus filed in that Court and this Court.